B18W_13ac (12/03)

# United States Bankruptcy Court
## District of Colorado
Case No. 04-22419-HRT
Chapter 13

91-cv-00919

Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

Philip Ladd Powell
aka(s), if any will be listed on the last page.
2419 Spencer St.
Longmont, CO 80501

Sophia Lisa Powell
aka(s), if any will be listed on the last page.
2419 Spencer St.
Longmont, CO 80501

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 27 2007

GREGORY C. LANGHAM
CLERK

Social Security No.:
xxx-xx-3317

xxx-xx-9008

Employer's Tax I.D. No.:

## ORDER DISCHARGING DEBTOR AFTER COMPLETION OF CHAPTER 13 PLAN

The court finds that the debtor filed a petition under title 11, United States Code, 6/9/04, that the debtor's plan has been confirmed and that the debtor has fulfilled all requirements under the plan.

**IT IS ORDERED THAT:**

1. Pursuant to 11, U.S.C. sec. 1328(a), the debtor(s) is discharged from all debts provided for by the plan or disallowed under 11, U.S.C. sec. 502, except any debt:

   *a.* provided for under 11 U.S.C. sec. 1322(b) (5) and on which the last payment is due after the date on which the final payment under the plan was due;

   *b.* in the nature of alimony to, maintenance for, or support of a spouse, former spouse, or child of the debtor(s) in connection with a separation agreement, divorce decree or other order of a court of record, or property settlement agreement, as specified in 11 U.S.C. sec 523 (a)(5);

   *c.* for a student loan or educational benefit overpayment as specified in 11 U.S.C. sec. 523(a) (8);

   *d.* for a death or personal injury caused by the debtor's unlawful operation of a motor vehicle while intoxicated from using alcohol, a drug, or another substance, as specified in 11 U.S.C. sec 523 (a)(9); in a bankruptcy filed on or after November 15, 1990;

   *e.* for restitution included in a sentence on the debtor's conviction of a crime, in a case filed on or after November 15, 1990

2. Pursuant to 11, U.S.C. sec. 1328(d), the debtor(s) is not discharged from any debt based on an allowed claim filed under 11 U.S.C. sec. 1305(a)(2) if prior approval by the trustee of the debtor's incurring such debt was practicable and was not obtained.

3. Notwithstanding the provisions of title 11, United States Code, the debtor(s) is not discharged from any debt name non-dischargeable by 18 U.S.C. sec. 3613(f), by certain provisions of titles 10, 37, 38, 42, and 50 of the United States Code, or by any other applicable provision of law.

4. All creditors are prohibited from attempting to collect any debt that has been discharged in a case.

BY THE COURT

Discharge Date: 8/14/07

Howard R. Tallman
Chief United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

001106

## Aliases Page

**Debtor aka(s):**
aka Philip L. Powell, aka Philip Powell

**Joint Debtor aka(s):**
aka Sophia L. Powell, aka Sophia Powell, aka Allisyn L. Powell, aka Sophie Powell